IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 06-30114-DRH |
| Plaintiff, | ) | |
| vs. | ) | Title 18, United States Code, Sections 922(g)(1) and 924(d). |
| JOHNNIE L. TAYLOR, | ) | Title 28, United States Code, Section 2461(c). |
| Defendant. | ) | |

FILED
AUG 18 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 12, 2005, in St. Clair County, Illinois, within the Southern District of Illinois,

**JOHNNIE L. TAYLOR,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Residential Burglary, on May 26, 1999, in Cause Number 99-CF-199, in the Twentieth Judicial Circuit, St. Clair County, Illinois, did knowingly possess, in and affecting commerce, a firearm, to wit: a Taurus, Model 85, .38 Special caliber revolver, bearing serial number QH14974, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 2**

FORFEITURE ALLEGATION

Upon conviction of the offense alleged of this Indictment, defendant **JOHNNIE L. TAYLOR** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing

violation of the offense described in Count 1 of this Indictment, including but not limited to, the following: a Taurus, Model 85, .38 Special caliber revolver, bearing serial number QH14974.

**A TRUE BILL**

FOREPERSON

ANGELA SCOTT
Assistant United States Attorney

RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: Detention