IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-30114-DRH |
| | ) | |
| JOHNNIE L. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

This cause comes before the Court on the Government's Motion for Extension of Time to Respond to Defendant's Motion to Suppress Statements. (Doc. 21.) For good cause shown, said motion is hereby **GRANTED**. (Doc. 21.) The Court acknowledges that the Government has already submitted its Response (Doc. 22). Therefore, no further action is required.

**IT IS SO ORDERED.**

Signed this 27th day of November, 2006.

/s/     David    RHerndon

**United States District Judge**