**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **JOHNNIE L. TAYLOR,** ) | |
| ) | |
| **Defendant.** ) | No. 06-CR-30114 |

## ORDER

**HERNDON, District Judge:**

      Before the Court is a motion to continue trial submitted by Defendant on February 9, 2007. (Doc. 62.) The motion is unopposed. This motion comes before the Court following two Orders issued by the Court continuing Defendant's trial due to another ongoing criminal trial. Defendant is requesting that the Court continue his trial until the next available date certain in order to avoid another continuance in this matter. In addition, the motion states that the Government just recently disclosed several items of discovery. Defendant states that he was forced to file additional motions relating to the recently disclosed evidence. These motions have yet to be ruled upon. The Court finds that trial should be postponed in light of Defendant's the need to resolve Defendant's motions in advance of trial. Therefore, the Court finds pursuant to **18 U.S.C. § 3161(h)(8)(A)** that the ends of justice served by the granting of such a continuance outweigh the interests of the public and

Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's motion to continue (Doc. 62) and continues the trial scheduled for February 12, 2007 for Defendant until Monday, May 21, 2007 at 9:00 a.m.  The time from the date Defendant's motion was raised, February 9, 2007, until the date on which the trial is rescheduled, May 21, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 13th day of February, 2007.

/s/        David    RHerndon
**United States District Judge**