IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNNIE L. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | No. 06-CR-30114 |

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's second motion in limine regarding firearms. (Doc. 37.) Defendant is seeking to bar the Government from offering any evidence that the firearm allegedly possessed by Defendant was stolen. The Government responds that it will not introduce the evidence in its case-in-chief and will only seek to introduce such evidence if details of the gun become an issue or if Defendant "opens the door" to such an inquiry. (Doc. 43.) In light of this, the Court finds the motion **MOOT**.

**IT IS SO ORDERED**.

Signed this 2nd day of February, 2007.

/s/     David   RHerndon
**United States District Judge**

1