IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CR-30114-DRH |
| ) | |
| JOHNNIE L. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant Johnnie L. Taylor. (Doc. 92.) The motion is unopposed. Defendant recently retained new counsel. The Court finds that trial should be postponed in order to give Defendant's counsel sufficient time to prepare; to do otherwise would visit a manifest miscarriage of justice upon the Defendant. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant such a continuance would unreasonably deny Defendant's counsel the time necessary to prepare. Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 92.) The Court **CONTINUES** the jury trial scheduled for May 21, 2007 at 9:00 a.m. until Monday, June 11, 2007 at 9:00 a.m. The time from

the date Defendant's motion was filed, May 7, 2007, until the date on which the trial is rescheduled, June 11, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 10th day of May, 2007.

/s/     David   RHerndon
**United States District Judge**