## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-CR-30114-DRH** |
| | ) | |
| **JOHNNIE L. TAYLOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion to modify bond conditions. (Doc. 101.)  The current conditions of Defendant's bond release require that Defendant be placed on electronic monitoring from 6:30 a.m. to 7:00 p.m. every week night and all day every weekend, according to Defendant's motion (Doc. 101). Defendant's motion request a modification in the terms of Defendant's bond release so that he can continue to work until 9:00 p.m.  The motion states that the Government was contacted and objected to the motion.

The Court finds there are legitimate security concerns advanced by the current bond restrictions.  Accordingly, Defendant's motion is **DENIED**. (Doc. 101.)

**IT IS SO ORDERED**.

Signed this 31st day of May, 2007.

/s/          David  RHerndon
**United States District Judge**

1