IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNIE L. TAYLOR,

    Defendant.                                             Case No. 06-cr-30114-DRH

### ORDER

**HERNDON, District Judge:**

    Now before the Court is a Motion to Dismiss Count II of the Indictment (Doc. 124), filed by the Government.  Count II is a forfeiture count relating to the weapon that is the subject matter of Count I of the Indictment.  As the Government states the rightful owner of the weapon has been identified and located, there is no further need for the weapon to be forfeited to the Government, should defendant Taylor be convicted of the offense in Count I.  Accordingly, the Motion to Dismiss (Doc. 124) is **GRANTED**, thereby **DISMISSING** Count II of the Indictment (Doc. 1).

    **IT IS SO ORDERED.**

    Signed this 3rd day of July, 2007.

    /s/         David  RHerndon
**United States District Judge**