## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    No. 06-CR-30114-DRH<br>) |
| **JOHNNIE L. TAYLOR,** | )<br>) |
| **Defendant.** | ) |

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on a letter submitted directly by Defendant Johnnie Taylor notifying the Court of Defendant's intent to appeal and requesting the appointment of counsel. (Doc. 159.) Seventh Circuit Rule 51(a) states, "Trial counsel in a criminal case, whether retained or appointed by the district court, is responsible for the continued representation of the client desiring to appeal unless specifically relieved by the court of appeals upon a motion to withdraw." Accordingly, Defendant Taylor is still represented by attorney Paul Storment until Mr. Storment is granted leave to withdraw by the Seventh Circuit.

**IT IS SO ORDERED**.

Signed this 19th day of December, 2007.

/s/     *David R. Herndon*
**Chief Judge
United States District Court**